# EXHIBIT A



**RIVERS**
CASINO
PHILADELPHIA

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

22 2 6795 ********************AUTO**5-DIGIT 19145
  Robert Volio
          ▬▬▬▬▬▬▬▬▬▬▬▬
          Philadelphia, PA 19145-4911

December 30, 2024

Dear Robert Volio:

Rivers Casino Philadelphia recognizes the importance of protecting the personal information we maintain. We are writing to let you know of a data security incident that may have involved some of your information. This notice explains the incident, measures we have taken, and some additional steps you may consider taking in response.

We recently responded to and investigated an incident that involved unauthorized access to certain Rivers Casino Philadelphia computer systems. No other Rivers Casino locations were involved. Upon identifying the incident, we immediately secured the involved systems and launched an investigation. Through the investigation, we determined that an unauthorized actor accessed and/or took certain files stored on our computer servers. We reviewed the files that may have been involved and on November 18, 2024, we determined that one or more file(s) contained your name and one or more of the following: Social Security number, and/or bank account information used for direct deposit.

We regret any inconvenience or concern this incident may cause you. We have arranged for you to receive a complimentary one-year membership to credit monitoring services. Enrolling in these services will not hurt your credit score. For more information on the credit monitoring services, including instructions on how to activate your complimentary membership, as well as some additional steps you can take in response to this incident, please see the pages that follow this letter.

To help prevent another incident from occurring, we have implemented additional security measures to enhance the security of our network. If you have any questions about the incident, please call 844-920-8866, Monday through Friday, from 9:00 a.m. to 9:00 p.m., Eastern Time.

Sincerely,

Sugarhouse HSP Gaming LP