**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT VOLIO, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SUGARHOUSE HSP GAMING, L.P. (d/b/a) RIVERS CASINO PHILADELPHIA, et al.,**<br><br>*Defendants*. | **Case No. 2:25-cv-00039-JDW** |

**ORDER**

**AND NOW**, this 7th day of August, 2026, upon consideration of Defendants' Motion To Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint (ECF No. 36), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. The Motion is **GRANTED** as to Counts II-VII, and those claims are **DISMISSED**; and

b. The Motion is otherwise **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.