**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT VOLIO, *et al.,*

Plaintiff,

v.

SUGARHOUSE HSP GAMING, L.P. (d/b/a) RIVERS CASINO PHILADELPHIA, *et al*.,

Defendant.

Case No. 2:25-cv-000039-JDW

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN NAMED PLAINTIFFS**

Plaintiffs ROBERT VOLIO, and KEVIN BRADY, individually, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss their individual claims against the above-named Defendants, without prejudice. The remaining parties reserve all positions regarding the effect, if any, of that dismissal on the remaining allegations, claims, putative classes, subclasses, or proposed representatives in the Consolidated Amended Complaint. Plaintiffs Volio and Brady reserve any and all rights that are or may become available to absent class members in this consolidated action.

Counsel for Defendants consent to the dismissal.

Dated: September 16, 2026.

Respectfully submitted,

*/s/ Kenneth Grunfeld*

Kenneth Grunfeld (PA 84121)
**KOPELOWITZ OSTROW, P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel.: (954) 332-4200
grunfeld@kolawyers.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which will automatically serve all attorneys of record via email.

*/s/ Kenneth Grunfeld*
Kenneth Grunfeld (PA 84121)
**KOPELOWITZ OSTROW, P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel.: (954) 332-4200
grunfeld@kolawyers.com

*Counsel for Plaintiff and the Putative Class*